No. 24-2134

In The
# United States Court of Appeals for the Fourth Circuit

2311 RACING LLC D/B/A 23XI RACING AND FRONT ROW MOTORSPORTS, INC.,
    *Plaintiffs-Appellants*,

*v.*

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE,
    *Defendants-Appellees*.

On Appeal from the United States District Court
for the Western District of North Carolina
No. 3:24-cv-886
Hon. Frank D. Whitney

**APPELLANTS' MOTION FOR VOLUNTARY
DISMISSAL OF APPEAL**

Plaintiffs-Appellants ("Appellants") move this Court pursuant to Fed. R. App. P. 42(b) to voluntarily dismiss this appeal. In support of this motion, Appellants state as follows:

1. On November 12, 2024, Appellants filed a timely notice of appeal in the United States District Court for the Western District of North Carolina seeking to appeal the denial of Appellants' preliminary injunction motion.

2. On November 14, 2024, Appellants filed a motion for expedited appeal seeking an abbreviated briefing schedule. Briefing for this motion was completed on November 18, 2024.

3. No merits briefs have been filed for the underlying appeal of the preliminary injunction motion.

4. Circumstances have changed in the underlying case, removing the need for this appeal and necessitating Appellants to seek new relief from the district court.

Appellants respectfully request that the court grant the voluntary dismissal of this appeal, along with the accompanying motion to expedite

(Dkt. No. 3), with each side bearing its own costs. Appellants understand that this proceeding will be dismissed and cannot be reinstalled at a later date.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: **/s/ Jeffrey L. Kessler**
Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer Parsigian
**WINSTON & STRAWN LLP**
101 California Street

San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I electronically filed the foregoing **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>**/s/ Jeffrey L. Kessler**</u>
JEFFREY L. KESSLER

# CERTIFICATE OF COMPLIANCE

Pursuant to FRAP 32(g)(1), I hereby certify that the foregoing motion complies with the type-volume limitation in FRAP 27(d)(2)(A). According to Microsoft Word, the motion contains 175 words and has been prepared in a proportionally spaced typeface using Palatino Linotype in 14-point size.

/s/ **Jeffrey L. Kessler**
JEFFREY L. KESSLER