FILED: November 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2134
(3:24-cv-00886-FDW-SCR)
_____

2311 RACING LLC, d/b/a 23XI Racing; FRONT ROW MOTORSPORTS, INC.

    Plaintiffs - Appellants

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC; JAMES FRANCE

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Agee and Judge Thacker.

                      For the Court

                      /s/ Nwamaka Anowi, Clerk